IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OWEN PUCKETT,

      Plaintiff,

v.                                                      16cv511 WJ/WPL

UNITED STATES OF AMERICA,

      Defendant.

## ORDER TO CURE DEFICIENCY

Plaintiff Owen Puckett filed a Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees pursuant to 28 U.S.C. § 1915 and FED. R. APP. P. 24. (Doc. 8.) His motion, however, does not comply with § 1915(a)(2), because he did not provide a certified copy of his inmate account statement for the 6-month period immediately preceding the notice of appeal. *See* § 1915(a)(2) ("A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.").

In order for me to consider his motion, Puckett must submit an updated account statement for the required 6-month period. Failure to cure this deficiency by **August 22, 2016**, will result in denial of Puckett's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

                                                                        William P. Lynch
                                                                        United States Magistrate Judge